# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| RODNIE JAMISON | : |  |
| v. | : |  |
| AVIS BUDGET CAR RENTAL, LLC | : | NO. 19-2202 |

## CIVIL JUDGMENT

     AND NOW, this 29th day of March, 2021, it appearing that an Arbitration Award was entered and filed on February 23, 2021, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

     ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiff, Rodnie Jamison, and against Defendant, Avis Budget Car Rental, LLC, in the amount of $10,000.00.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.

OR

ATTEST:

By:

Deputy Clerk